**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.facebook.com/profile/100059507712961/search/?q=%27Blood%20Everywhere%22%20idaho%20murders



**EXHIBIT 2:** INFRINGEMENT #2

URL:
https://www.facebook.com/profile/100059507712961/search/?q=%27Blood%20Everywhere%22%20idaho%20murders



**EXHIBIT 2:** INFRINGEMENT #3

URL: https://www.facebook.com/watch/?v=678299233896105



**EXHIBIT 2:** INFRINGEMENT #4

URL: https://www.facebook.com/watch/?v=678299233896105

